UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONDA A. METTEY

Case Number: 1:02-cv-00398

V.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, et al.

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the JURY TRIAL in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME |
| | OCTOBER 20, 2003 at 9:30 AM |

SPECIAL INSTRUCTIONS:

1. This is anticipated to be a three (3) day trial.

KENNETH J. MURPHY, CLERK

s/ Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: John Rebel, Esq.    Geraldine Johnson, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.