**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

03 SEP 15 PM 1:27

| | | |
|---|---|---|
| RONDA A. METTEY | : | CASE No. C-1-02 398 |
| Plaintiff, | : | |
| vs. | : | Judge Spiegel |
| | : | |
| American Family Mutual Insurance Company, et al | : | Magistrate |
| Defendants. | : | **JOINT MOTION FOR MODIFIED CASE SCHEDULE** |

The parties by their undersigned attorneys move this court, to modify the case schedule and to vacate the trial date set for October 20, 2003. The reason for this motion is the chronic medical condition of Defendants' counsel. The proposed case schedule is as follows.

Discovery shall end by January 1, 2004.

Plaintiff's expert witness shall be identified and the expert's report provided to Defendant by November 3, 2003. Defendants' expert witness shall be identified and the expert's report provided to Plaintiff by December 1, 2003.

The names and addresses of the witnesses for trial and copies of the exhibits to be introduced at trial shall be exchanged by the parties before February 2, 2004.

A settlement conference shall be held on February 2, 2004.

The pre-trial conference shall be held on March 2, 2004.

The trial shall be held on or April 5, 2004.

_____
Geraldine M. Johnson (0010450)
Attorney for Defendants
Roetzel & Andress
250 E. 5th Street, Suite 310
Cincinnati, Ohio 45202
(513) 361-8288

_____
John A. Rebel (0031771)
Attorney for Plaintiff
McKinney & Namei
15 E. 8th St.
Cincinnati, Ohio 45202
(513) 721-0200
Fax: 513- 632-5898
jarebel@fuse.net