## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

03 SEP 15 PM 1:27

RONDA A. METTEY                      :
                                     :
                  Plaintiff,         :     CASE No.   C-1-02 398
        vs.                          :
                                     :     Judge Spiegel
American Family Mutual Insurance     :
Company,  et al                      :     Magistrate
                                     :
                  Defendants.        :     **CONSENT TO PLAINTIFF'S FIRST AMENDED COMPLAINT**


    Defendants by their undersigned attorney hereby consent to the Plaintiff filing a First

Amended Complaint.


Geraldine M. Johnson (0010450)
Attorney for Defendants
Roetzel & Andress
250 E. 5th Street, Suite 310
Cincinnati, Ohio 45202
(513) 361-8288

John A. Rebel (0031771)
Attorney for Plaintiff
McKinney & Namei
15 E. 8th St.
Cincinnati, Ohio 45202
(513) 721-0200
Fax: 513- 632-5898
jarebel@fuse.net