**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| RONDA A. METTEY | : | |
| | : | |
| Plaintiff, | : | **CASE No.   1:02-cv-398** |
| vs. | : | |
| | : | Judge Spiegel |
| American Family Mutual Insurance | : | |
| Company,   et al | : | Magistrate |
| | : | |
| Defendants. | : | **S T I P U L A T I O N   T O   V I D E O CONFERENCING DEPOSITION** |


The parties by their undersigned attorneys stipulate that out-of-state depositions in this matter

may be taken by video conferencing pursuant to Civil Rule 30(b)(7).  The following agents of

Defendants may be deposed by video conferencing:

| Kevin Begin | Robert Maltrey | Ken Toureene |
|---|---|---|
| 3570 Lexington | 709 No. Brinton Av. | 10909 W. Bluemount Rd. |
| Shoreview, MN 55126 | Dixon, IL 61021 | Wauwatosa, WI 53226-4247 |
| 651-484-1236 | 815-288-4206 | 414-259-1951. |


s/ Geraldine M. Johnson

Geraldine M. Johnson (0010450)
Attorney for Defendants
Roetzel & Andress
250 E. 5th Street, Suite 310
Cincinnati, Ohio 45202
(513) 361-8288

 s/ John A. Rebel

John A. Rebel (0031771)
Attorney for Plaintiffs
McKinney & Namei
15 E. 8th St.
Cincinnati, Ohio 45202
(513) 721-0200
Fax: 513- 632-5898
jarebel@fuse.net