AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

RONDA A. METTEY

V.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, et al.

Case Number:   1:02-cv-00398

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | FEBRUARY 3, 2004 at 2:00 PM |

SPECIAL INSTRUCTIONS:

1. **All parties must bring their client or a representative with full settlement authority.**

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: John Rebel, Esq.    Geraldine Johnson, Esq.