AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

RONDA A. METTEY

Case Number:   1:02-cv-00398

V.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, et al.

Senior District Judge S. Arthur Spiegel

### NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse 100 East Fifth Street Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | MARCH 9, 2004 at 2:00 PM |

SPECIAL INSTRUCTIONS:

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: John Rebel, Esq.     Geraldine Johnson, Esq.

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.