UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RONDA A. METTEY, | : | NO: 1:02-CV-00398 |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, et. al, | : | |
| Defendants. | : | |

The parties met before the Court on February 3, 2004, for a Settlement Conference. However, the parties requested that the Court convert the conference to a Status Conference and reschedule the Settlement Conference. The parties indicated that more discovery must be completed before settlement negotiations can effectively go forward. The Court found the parties' request well-taken.

Accordingly, the Court VACATES the April 20, 2004 Trial date, (doc. 16) and RESETS the Settlement Conference to begin at 9:30 a.m on such date. Persons with full settlement authority shall be present for such conference. The Court further RESETS the discovery and dispositive motion deadlines in this case for April 1, 2004. The Court shall reschedule the Trial for a later date, in the event that the Parties do not reach settlement.

SO ORDERED.

Dated: February 4, 2004        s/S. Arthur Spiegel
                                S. Arthur Spiegel
                                United States Senior District Judge