*Geraldine M. Johnson (0010450)*
*Attorney for Defendants,*
*American Family Insurance Group*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **RONDA A. METTEY,** | : | CASE NO. C-1-02-398 |
| | : | |
| **Plaintiff,** | : | **JUDGE SPIEGEL** |
| | : | |
| v. | : | **JOINT MOTION TO EXTEND THE** |
| | : | **DISCOVERY AND DISPOSITIVE** |
| **AMERICAN FAMILY MUTUAL** | : | **MOTION DEADLINES AND RESET** |
| **INSURANCE COMPANY, et al.,** | : | **SETTLEMENT CONFERENCE** |
| | : | |
| **Defendants.** | : | |

Now comes the parties, by and through their counsel, and hereby jointly request a six week extension of the discovery and dispositive motion deadlines scheduled in this case. The current deadline for both of these is April 1, 2004. Although the parties have been mutually cooperative in pursuing discovery, the depositions already taken have indicated the need for additional depositions, which form the basis for this motion. Counsel request that the new discovery and dispositive motion deadline be extended to May 13, 2004. Further, counsel agree that if this case does not settle, then each has the right to take the depositions of the other's expert witnesses in this case. This agreement is based on the fact that counsel hope to avoid the cost of expert witness depositions if this matter can be settled.

Also, in light of the foregoing, counsel request that the Settlement Conference set for April 20, 2004 be reset for some time during the week of May 24, 2004, if that is compatible with the Court's schedule. A proposed Entry is attached for the Court's convenience.

Respectfully submitted,


S/ *John Rebel*, per telephone authorization 4/1/04   S/ *Geraldine M. Johnson*
John Rebel            (0031771)              Geraldine M. Johnson        (0010450)
MCKINNEY & NAMEI                             ROETZEL & ANDRESS
15 E. 8th Street                             310 Chiquita Center
Cincinnati, Ohio 45202                       250 East Fifth Street
Tele.:   (513) 721-0200                      Cincinnati, Ohio 45202
Fax:     (513) 632-5898                      Tele.:   (513) 361-8288
E-Mail:  jarebel@fuse.net                    Fax:     (513) 361-0335
ATTORNEY FOR PLAINTIFF                       E Mail:  gjohnson@ralaw.com
                                             ATTORNEY FOR DEFENDANTS
                                             AMERICAN FAMILY MUTUAL
                                             INSURANCE COMPANY, AMERICAN
                                             FAMILY LIFE INSURANCE COMPANY
                                             AND AMERICAN STANDARD
                                             INSURANCE COMPANY OF
                                             WISCONSIN

Doc No. 48915_1
105668.0003

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **RONDA A. METTEY,** | : | **CASE NO. C-1-02-398** |
| | : | |
| **Plaintiff,** | : | **JUDGE SPIEGEL** |
| | : | |
| v. | : | **ENTRY GRANTING THE PARTIES** |
| | : | **JOINT MOTION TO EXTEND THE** |
| **AMERICAN FAMILY MUTUAL** | : | **DISCOVERY AND DISPOSITIVE** |
| **INSURANCE COMPANY, et al.,** | : | **MOTION DEADLINES AND RESET** |
| | : | **SETTLEMENT CONFERENCE** |
| **Defendants.** | : | |

Upon motion of the parties and for good cause shown, the discovery and dispositive motions deadline is hereby extended to May 13, 2004. It is further ordered that the Settlement Conference be reset to _____, 2004 at _____ _____.m..

**IT IS SO ORDERED.**

_____
JUDGE SPIEGEL