Doc No. 48915_1
105668.0003

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| RONDA A. METTEY, | : | CASE NO. C-1-02-398 |
| | : | |
| Plaintiff, | : | JUDGE SPIEGEL |
| | : | |
| v. | : | ENTRY GRANTING THE PARTIES |
| | : | JOINT MOTION TO EXTEND THE |
| AMERICAN FAMILY MUTUAL | : | DISCOVERY AND DISPOSITIVE |
| INSURANCE COMPANY, et al., | : | MOTION DEADLINES AND RESET |
| | : | SETTLEMENT CONFERENCE |
| Defendants. | : | |

Upon motion of the parties and for good cause shown, the discovery and dispositive motions deadline is hereby extended to May 13, 2004. It is further ordered that the Settlement Conference be reset to _May 20,_____, 2004 at __4:00 p__.m..

IT IS SO ORDERED.

_____
JUDGE SPIEGEL