*Geraldine M. Johnson (0010450)*
*Attorney for Defendants,*
*American Family Insurance Group*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| RONDA A. METTEY, | : | CASE NO. C-1-02-398 |
| | : | |
| Plaintiff, | : | JUDGE SPIEGEL |
| | : | |
| v. | : | JOINT MOTION TO EXTEND THE |
| | : | DISCOVERY AND DISPOSITIVE |
| AMERICAN FAMILY MUTUAL | : | MOTION DEADLINES |
| INSURANCE COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

Now comes the parties, by and through their counsel, and hereby jointly request that the Discovery and Dispositive Motion deadlines scheduled in this case be extended from May 13, 2004 to July 13, 2004 for the following reason. Both parties have continued to engage in on-going discovery and as a result of depositions that have been taken more recently, it has become obvious to the parties that additional documents and even perhaps a few more depositions need to be taken. Thereafter, both parties would like the opportunity to file any dispositive motions that they believe are meritful.

However, this extension request does not extend to the Settlement Conference, which has been scheduled by the Court for May 20, 2004 at 4:00 p.m.. The parties believe that sufficient discovery has taken place to allow the Settlement Conference to go forward on May 20th. A proposed Entry is attached for the Court's convenience.

Respectfully submitted,

s/ John Rebel

John Rebel           (0031771)
MCKINNEY & NAMEI
15 E. 8th Street
Cincinnati, Ohio 45202
Tele.:   (513) 721-0200
Fax:     (513) 632-5898
E-Mail:  jarebel@fuse.net
ATTORNEY FOR PLAINTIFF

s/ Geraldine M. Johnson

Geraldine M. Johnson     (0010450)
ROETZEL & ANDRESS
310 Chiquita Center
250 East Fifth Street
Cincinnati, Ohio 45202
Tele.:   (513) 361-8288
Fax:     (513) 361-0335
E Mail:  gjohnson@ralaw.com
ATTORNEY FOR DEFENDANTS
AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, AMERICAN
FAMILY LIFE INSURANCE COMPANY
AND AMERICAN STANDARD
INSURANCE COMPANY OF
WISCONSIN

Doc No. 48915_1
105668.0003

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **RONDA A. METTEY,** | : | CASE NO. C-1-02-398 |
| | : | |
| **Plaintiff,** | : | **JUDGE SPIEGEL** |
| | : | |
| v. | : | **ENTRY GRANTING THE PARTIES** |
| | : | **JOINT MOTION TO EXTEND THE** |
| **AMERICAN FAMILY MUTUAL** | : | **DISCOVERY AND DISPOSITIVE** |
| **INSURANCE COMPANY, et al.,** | : | **MOTION DEADLINES** |
| | : | |
| **Defendants.** | : | |

Upon motion of the parties and for good cause shown, the Discovery and Dispositive Motions Deadlines are hereby extended from May 13, 2004 to July 13, 2004.

**IT IS SO ORDERED.**

_____
JUDGE SPIEGEL