Doc No. 48915_1
105668.0003

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **RONDA A. METTEY,** | : | CASE NO. C-1-02-398 |
| | : | |
| Plaintiff, | : | JUDGE SPIEGEL |
| | : | |
| v. | : | ENTRY GRANTING THE PARTIES |
| | : | JOINT MOTION TO EXTEND THE |
| **AMERICAN FAMILY MUTUAL** | : | DISCOVERY AND DISPOSITIVE |
| **INSURANCE COMPANY, et al.,** | : | MOTION DEADLINES |
| | : | |
| Defendants. | : | |

Upon motion of the parties and for good cause shown, the Discovery and Dispositive Motions Deadlines are hereby extended from May 13, 2004 to July 13, 2004.

**IT IS SO ORDERED.**

_____
JUDGE SPIEGEL