IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Ronda A. Mettey | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:02cv398 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| American Family Mutual Insurance Co., et al., | : | |
| | : | |
| Defendant(s) | : | |

NOTICE OF MANUAL FILING

The following document has been manually filed with this Office:

Exhibits A-E in support of defendant's motion for summary judgment

7/21/04                                                                                JAMES BONINI, CLERK


                                                                   ___s/William Miller_____
                                                                   Deputy Clerk