UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONDA METTEY,

    Plaintiff,

vs.

    Case No. 1:02-cv-398
    Spiegel, J.
    Black, M.J.

AMERCIAN FAMILY
INSURANCE, *et al.*,

**ORDER**

    Defendants.

    This matter came before the Court for an informal discovery dispute conference pursuant to S.D. Ohio Civ. R. 37.1. Accordingly, the Court conducted an informal hearing, via telephone, on September 24, 2004, regarding the outstanding issues contained in Plaintiff's pending motion to compel (doc. 30), wherein the parties tentatively resolved their dispute and agreed to contact Magistrate Judge Black's chambers at 10:00 a.m on October 15, 2004, to confirm their resolution of this matter.

    **SO ORDERED.**

*Date:* **September 27, 2004**                                                 s/ Timothy S. Black
                                                                                                                     Timothy S. Black
                                                                                                                     United States Magistrate Judge