UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONDA METTEY,

    Plaintiff,

vs.

AMERICAN FAMILY
INSURANCE, *et al.,*

    Defendants.

Case No. 1:02-cv-398
Spiegel, J.
Black, M.J.

**ORDER**

    This case having come before the Court on September 24, 2004 for an informal discovery dispute conference, and the Court having entered a responsive Order on September 28, 2004 (doc. 33), and the parties having confirmed their resolution of the dispute, Plaintiff's underlying motion to compel (doc. 30) is hereby **DENIED** without prejudice as **MOOT**.

    Plaintiff is also granted an extension of time until **November 15, 2004** in which to file her memorandum *contra* Defendants' motion for summary judgment. (*See* doc. 31).

    **SO ORDERED**

*Date:*  **October 15, 2004**           s/ Timothy S. Black
                                                                 Timothy S. Black
                                                                 United States Magistrate Judge