UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



Ronda A. Mettey          :
                         :
         Plaintiff,      :    CASE No.  C-1-02 398
vs.                      :
                         :    Judge Spiegel
American Family Mutual Insurance :
Company,  et al          :    Magistrate
                         :
         Defendants.     :    **PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR COMPLETION OF DISCOVERY, MEMORANDUM IN SUPPORT**

Plaintiff by her undersigned attorney moves for an extension of the Discovery cut off date (July 13, 2004). Plaintiff has filed a Motion to Compel Production of a computer print-out, and a few other documents. Defendants' attorney having been consulted does not oppose this motion for an extension of time.

/s/ John A. Rebel
John A. Rebel (0031771)
Attorney for Plaintiff
McKinney & Namei
15 E. 8th St.
Cincinnati, Ohio 45202
(513) 721-0200
Fax: 513- 632-5898
jarebel@fuse.net

**MEMORANDUM IN SUPPORT**

Subsequent to the Settlement Conference, the parties have been attempting to resolve this matter. Recently, August 4th, Plaintiff's revised proposal was not accepted. The Discovery and Dispositive Motion cut-off date is July 13th, Defendant filed its Summary Judgment Motion on July 20th. Plaintiff's reason for not filing the Motion to Compel before the cut-off date is that settlement