UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronda A. Mettey                           :
                                          :
                Plaintiff,                :    **CASE No.   C-1-02 398**
vs.                                       :
                                          :    Judge Spiegel
American Family Mutual Insurance          :
Company,  et al                           :
                                          :
                Defendants.               :    **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SUMMARY JUDGMENT MOTION; MEMORAMDUM IN SUPPORT**

Plaintiff by her undersigned attorney moves for an extension of time to respond to Defendants' Motion for Summary Judgment ( Doc. 28). The deadline for filing is November 19, 2004.  Defendants' attorney having been consulted, does not oppose this motion for an extension of time. Plaintiff requests an extension to December 3, 2004.

 /s/ John A. Rebel
John A. Rebel (0031771)
Attorney for Plaintiff
McKinney & Namei
15 E. 8th St.
Cincinnati, Ohio 45202
(513) 721-0200
Fax: 513- 632-5898
jarebel@fuse.net

**MEMORANDUM IN SUPPORT**

Plaintiff's attorney is involved in other litigation in this court, that unexpectedly required the bulk of his time through November5th, so that sufficient time is not available for the matter at hand.

 /s/ John A. Rebel

                                              John A. Rebel   (0031771)
                                              Attorney for Plaintiff

## CERTIFICATION OF SERVICE

      The undersigned hereby certifies that the foregoing Motion is served upon Douglas Kennedy, Attorney for Defendants, by ordinary mail and electronic transmission to Roetzel & Andress, 155 E. Broad St., National City Bldg, 12th Floor, Columbus Ohio 45315 on this 18th day of November 2004.

                                             /s/ John A. Rebel
                                             John A. Rebel   (0031771)
                                             Attorney for Plaintiff