**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Ronda A. Mettey | : | |
| | : | |
| Plaintiff, | : | CASE No.  C-1-02 398 |
| vs. | : | |
| | : | Judge Spiegel |
| American Family Mutual Insurance Company,  et al | : | |
| | : | |
| Defendants. | : | PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SUMMARY JUDGMENT MOTION; MEMORAMDUM IN SUPPORT |

Plaintiff by her undersigned attorney moves for an extension of time to respond to Defendants' Motion for Summary Judgment ( Doc. 28). The deadline for filing is November 19, 2004. Defendants' attorney having been consulted, does not oppose this motion for an extension of time. Plaintiff requests an extension to December 3, 2004.

/s/ John A. Rebel
John A. Rebel (0031771)
Attorney for Plaintiff
McKinney & Namei
15 E. 8th St.
Cincinnati, Ohio 45202
(513) 721-0200
Fax: 513- 632-5898
jarebel@fuse.net

**MEMORANDUM IN SUPPORT**

Plaintiff's attorney is involved in other litigation in this court, that unexpectedly required the bulk of his time through November5th, so that sufficient time is not available for the matter at hand.

/s/ John A. Rebel