UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RONDA A. METTEY, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:02-CV-00398 |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, et al., | : | Judge Spiegel |
| | : | Magistrate Judge Black |
| Defendants. | | |

*Granted [handwritten annotation] v.s.*

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Now come Defendants, by and through counsel, to move this Court for an order to extend the time to file a Reply Brief in support of the Motion for Summary Judgment by fourteen (14) days, or until on or before January 3, 2005. The reason for the motion is to allow new counsel for Defendants, who did not prepare the original Motion for Summary Judgment, additional time to become familiar with the facts of the case, particularly over the holidays. Counsel for the Plaintiff has no objection to this extension.

Respectfully submitted,

/s/ Douglas M. Kennedy
Douglas M. Kennedy – 0022053
National City Center
155 East Broad Street, 12th Floor
Columbus, Ohio 43215
Telephone: 614-463-9770/Facsimile: 614-463-9792
E-mail: dkennedy@ralaw.com
Attorney for Defendants
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, AMERICAN FAMILY LIFE INSURANCE COMPANY, AND AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN

40