UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONDA A. METTEY,                :    No: 1:02-CV-00398

    Plaintiff,                :

vs.                             :    <u>O R D E R</u>

AMERICAN FAMILY MUTUAL          :
INSURANCE COMPANY, et al.,

    Defendants.               :

The Court having been advised by the parties that the above action has been settled;

It is ORDERED that this action is hereby dismissed with prejudice, provided that any of the parties may, upon good cause shown, within sixty days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for purposes of its enforcement.

    SO ORDERED.


Dated: May 4, 2005                         /s/ S. Arthur Spiegel
                                                               S. Arthur Spiegel
                                                               United States Senior District Judge